| AO-10 (WP)<br>Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2005 | Report Required by the Ethics<br>in Government Act of 1978,<br>(5 U.S.C. app. §§101-111) |

| 1. Person Reporting (Last name, first, middle initial)<br>KANE, John L. JR. | 2. Court or Organization<br>U.S. DISTRICT COURT<br>DISTRICT of COLORADO | 3. Date of Report<br>4/10/06 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>U.S. SENIOR DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  X Annual  ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br>1/1/05 – 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address<br>901 19ª ST.<br>DENVER, CO 80294 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

POSITION     NAME OF ORGANIZATION/ENTITY

[X] NONE (No reportable positions.)

1
2
3

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

DATE     PARTIES AND TERMS

[X] NONE (No reportable agreements.)

1
2

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

DATE     SOURCE AND TYPE     INCOME

### A. Filer's Non-Investment Income

[X] NONE (No reportable non-investment income.)

1
2     $
3     $
     $

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

1   2005   SELF-EMPLOYED NOVELIST ROYALTY checks

2   from Angela Rinaldi Literary Agency on 10/31/05, Sandra
Dykstra Literary Agency on 8/20/05 and Wyoming Writers Conf
honorarium ...

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KANE, John L. JR. | 4/10/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1 ⊠ | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 ⊠ | NONE (No such reportable gifts.) | | |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 ⊠ | NONE (No reportable liabilities.) | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000  P3=$25,000,001-50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Kane, John L. Jr | 4/10/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 CASH + Schwab Sweep Money Mkt A | A | InT. | F | T | | | | | |
| 2 Calvert Tax Free Long Term Portfolio | | | E | T | S | 8/26 | E | — | |
| 3 Delaware Taxfra Co Fun | | ~ | E | T | S | 8/26 | E | — | |
| 4 Putnam Tax Exempt I. Fund | | | D | T | • | | | | |
| 5 Westcor Co Tax Exempt Bond A | A | R4: | E | T | | | | | |
| 6 AT+T Corb New | | | D | T | S | 8/26 | D | — | |
| 7 Agere Systems Inc | | | A | T | S | 8/26 | A | — | |
| 8 Bell South Corp | | | E | T | S | 8/26 | E | — | |
| 9 Citigroup Inc. | | | E | T | S | 8/26 | E | — | |
| 10 Delphi Corp | | | A | T | S | 8/26 | E | — | |
| 11 Exxon Mobil Corp | | | F | T | S | 8/26 | F | — | |
| 12 General Motors Corp | | | C | T | S | 8/26 | C | — | |
| 13 Great Plains Energy | | | D | T | S | 8/26 | D | — | |
| 14 Lucent Technologies | | | C | T | S | 9/14 | C | — | |
| 15 Nuveen Muni Advtg Fund | | | D | T | | | | | |
| 16 Piper Jaffray Cos New | | | C | T | | | | | |
| 17 Qwest Comm INTL Inc | | | B | T | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
| | | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=More than $5,000,000 | |
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less | K=$15,000-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | |
| | | N=$250,001-$500,000 | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | |
| | | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market | |
| | | U=Book value | V=Other | W=Estimated | | |

*Page 2*

# FINANCIAL DISCLOSURE REPORT

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instruction .)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, | | | | | | | | | |
| X SBC Communications | | | F | T | S | 9/14 | F | - | |
| X St. Paul Travelers Cos | | | D | T | | | | | |
| 20 U.S. Bankcorp Del New | | | N | T | S | 9/14 | N | — | |
| 21 Verizon Commun. | | | K | T | S | 9/14 | K | — | |
| 22 Vodafone Group PLC | | | K | T | S | 9/14 | K | ～ | |
| ADR F | | | | | | | | | |
| 23 Wells Fargo + Co New | | | K | T | S | 9/14 | K | — | |
| 24 XCEL Energy Inc. | | | K | T | S | 9/14 | K | | |
| 25 Putnam Conv Incom Growth Trust Cl A | | | D | T | | | | | |
| 26 Wells Fargo Bank | A | Int. | J | T | | | | | |
| 27 Smith Barney Mkt. Acct. | B | Int. | L | T | | | | | |
| 28 Alliance Fed. Cr. Union | A | Int. | J | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kane John L. | 4/10/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

In July, 2005 ▆▆▆▆▆ died and left her estate, consisting entirely of cash, bonds and shares payable on death in equal amounts to my ▆▆▆ and me. The broker was instructed to sell my shares immediately. Hence no appreciable gain or loss was realized. The proceeds were applied to pay off an existing mortgage on ▆▆▆▆▆▆▆ and the balance deposited in Schwab cash and sweep money funds. The federal inheritance tax was then paid on April 3, 2006 from the Schwab account.

The font on the electronic financial disclosure form is too small for me to read so I resort to this handwritten report.

The bottom line on page 1 reads "honorarium for speaking ($50.00) on 6/05/05"

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆▆          Date April 10, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544